NUMBER 13-04-249-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

OSCAR RAMIREZ D/B/A BLANCO GROCERY,                       Appellant,

v.

TEXAS STATE BANK,                                                        Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 1 of Hidalgo County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, OSCAR RAMIREZ D/B/A BLANCO GROCERY, attempted to perfect
an appeal from a judgment entered by County Court at Law No. One of Hidalgo
County, Texas, in cause number CL-40,417-A. Judgment in this cause was signed
on January 21, 2004. No timely motion for new trial was filed. Pursuant to Tex. R.
App. P. 26.1, appellant’s notice of appeal was due on February 20, 2004, but was not
filed until April 23, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 22nd day of July, 2004.